IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                       No. 2:11-CR-20004

WAYNE KEITH NANCE                                                  DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 31) from United States Magistrate Judge Mark E. Ford. Subsequently to the filing of Defendant's 28 U.S.C. § 2255 motion to vacate (Doc. 21) his sentence, the Magistrate Judge stayed the case pending issuance of a potentially-controlling Supreme Court opinion. That opinion was released on March 6, 2017. *See Beckles v. United States*, No. 15-8544, --U.S--, 2017 WL 855781 (2017). The Magistrate Judge lifted the stay, and because the Government had not yet responded to the motion to vacate, Defendant filed a notice of dismissal seeking voluntary dismissal of his motion to vacate without prejudice. Defendant references Federal Rule of Civil Procedure 41(a)(1)(A)(i) in support of his notice. Rule 12 of the Rules Governing § 2255 Proceedings allows the Court to apply the Federal Rules of Civil and Criminal Procedure to § 2255 proceedings, to the extent the civil and criminal Rules are not inconsistent with statute or the § 2255 Rules.

The Magistrate Judge recommends that the Court allow the dismissal without prejudice. No objections have been filed and the deadline to file objections has passed. The Court believes that application of the Rules of Civil Procedure to this case is appropriate, and further agrees with the report and recommendation.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 31) is ADOPTED IN ITS ENTIRETY.

IT IS FURTHER ORDERED that Defendant's motion to vacate (Doc. 21) is WITHDRAWN without prejudice to its refiling and without triggering the requirement in 28 U.S.C. § 2255(g) that a second or successive motion be certified by the Court of Appeals.

IT IS FURTHER ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of April, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE